PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00229 |
| Plaintiff, | AMENDED STIPULATION TO CONTINUE SENTENCING |
| v. | DATE: December 12, 2022 |
| GENO JEOVANI MACIEL, | TIME: 8:30 a.m. |
| Defendant. | COURT: Hon. Ana de Alba |

This case is set for sentencing on December 12, 2022. The parties agree and stipulate to continue the sentencing to December 19, 2022. The government has a conflict on December 12, 2022 and also needs additional time to address sentencing issues.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a sentencing hearing on December 12, 2022.

2. By this stipulation, the parties now move to continue the sentencing to **December 19, 2022, at 8:30 am** and to exclude time between December 12, 2022, and December 19, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The parties anticipate being in a position to proceed with sentencing but need

additional time to work out a few details and prepare for sentencing.

Dated: November 29, 2022                    PHILLIP A. TALBERT
                                            United States Attorney


                                            /s/ KIMBERLY A. SANCHEZ
                                            KIMBERLY A. SANCHEZ
                                            Assistant United States Attorney


Dated: November 29, 2022                    /s/ PETER JONES
                                            PETER JONES
                                            Counsel for Defendant
                                            GENO JEOVANI MACIEL


IT IS SO ORDERED.

   Dated:   November 30, 2022                _____
                                            UNITED STATES DISTRICT JUDGE